

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00068-CR & No.04-16-00069-CR

Delmis Edmond **SHIELDS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5474 & 5475
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On June 8, 2016, appellant filed a motion to consolidate appeal Nos. 04-16-00068-CR and 04-16-00069-CR. Appellant served the State with a copy of the motion, and the State has not objected. We have reviewed the cases, and agree that the two cases are similar enough to treat them as one case. Therefore, appellant's motion is GRANTED and it is ORDERED that the two cases shall be consolidated for briefing and argument purposes. The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. The record, however, shall remain separated. In the event that the cases are submitted on oral argument, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate. This order does not extend the briefing schedule.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.



Keith E. Hottle
Clerk of Court